**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,                                                          Case No.: 1:26-cv-01179

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | tangyinxianningyuanzhuangshi |
| 2 | huangxianxiangtt |
| 3 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 4 | DingYuTing |
| 5 | QuJingXuLiaoShangMao |
| 6 | wenbbusb |
| 7 | 海冯边玩具 |
| 8 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 9 | nChengS2025 |
| 10 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 11 | HengYangXianZhaoWanShangMaoYouXianGong |
| 12 | 洪宇小店 |
| 13 | ShanXiShengJieTuoZhuangShi |
| 14 | GuangZhouYiWuShangMao |
| 15 | BEIBEEe |
| 16 | jinagh |
| 17 | zhanghhshi |
| 18 | LanLiXiaHongTing |
| 19 | 济南华春茂服装商贸有限公司 |
| 20 | jiangmenshijunhuiqichefuwu |
| 21 | aigjinu |
| 22 | wngob |

| 23 | zhongshanshiyingxindadengshiy |
|----|-------------------------------|
| 24 | qibau |
| 25 | jinchenghuashuowujin |
| 26 | YunNanZiBin |
| 27 | hengyangyangzhuibaihuoyouxiangongsi |
| 28 | PuYangShiAnXiangYunShu |
| 29 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 30 | 柜贤子塑品 |
| 31 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 32 | deyangzhiguangshanxi |
| 33 | dawencdtoi |
| 34 | XingQuGe |
| 35 | CARTEER |
| 36 | STARNF |
| 37 | TaiYuanXiShuo |
| 38 | ziKai |
| 39 | wnmm |
| 40 | LONGNHAT1102 |
| 41 | NGUYENHONGQUANAMZ |
| 42 | Nguyenleduyanh |
| 43 | Privalace US |
| 44 | DADOURL |
| 45 | ZLPhome |
| 46 | AnZhenJianZhuGongCheng |
| 47 | hubeizihongyinwuyouxian |
| 48 | HuHeHaoTeShiQiYuLingShangMaoYouXianZeRenGong |
| 49 | ShengZeJianZhu |
| 50 | 莱莉电子配件 |
| 51 | zhuzhouhuixiashangmaoyouxiangongsi |
| 52 | GuangZhouYueRanDianShangYouXianGongSi |
| 53 | SuLianShangMao126 |
| 54 | qiuuuh |
| 55 | 镜子饰华贸易店 |
| 56 | 范书柜收纳 |
| 57 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 58 | yfyh |
| 59 | HeNanMiLuoMenChuang |
| 60 | Yangkeming |

| 61 | 小原子精品 |
|---|---|
| 62 | MAEJ1AAKXY |
| 63 | 臻熠电子 |
| 64 | ZhuZhouJiongWaShangMaoYouXianGongSi |
| 65 | NingBoCheShiShangQiCheYongPinYouXianGongSi |
| 66 | siyunsu |
| 67 | Jin Heng Shang Mao |
| 68 | XiongAnYouZhengShangMao |
| 69 | anyangningxinyuanyanglaofuwu |
| 70 | WangHu2025 |
| 71 | 淮音商贸行 |
| 72 | yuanmusic |
| 73 | Sunnyskar |
| 74 | kehuizheng |
| 75 | HUALEMEI |
| 76 | ChengJiDianZiChanPin |
| 77 | SHENFANGWANGLUO |
| 78 | YNILVFRMJ |
| 79 | USONEPT |
| 80 | Runding Store |
| 81 | Durhase |
| 82 | WZ |
| 83 | NBshops |
| 84 | DailyBounty |
| 85 | DongguanDepartmentStoreCoLtd |
| 86 | KitchenKraft Warehouse |
| 87 | Sky walker king |
| 88 | Xishenkeji |
| 89 | TaiXunYuJian |
| 90 | KUKIYI |
| 91 | shandongzhangchiyoudu |
| 92 | xunchengstore |
| 93 | fafsgsgsrafafasf |
| 94 | xiongzhiming |
| 95 | HANS |
| 96 | HFUEHSDS |
| 97 | Canvas Wall shop |
| 98 | geqiashangmao |
| 99 | The Eons Store |

3

| | |
|---|---|
| 100 | LHSHID |
| 101 | JIZAOCE |
| 102 | guangzhouchenzhuoshangmaoyouxiangongsi |
| 103 | YEHFSHD |
| 104 | XINWUYOU Co.Ltd |
| 105 | zhuoYUN |
| 106 | TAIWANREN |
| 107 | JINTAO Co.Ltd |
| 108 | ixinshangm |
| 109 | NETHOMEWOODS |
| 110 | henye trade |
| 111 | zongxianmaoyi |
| 112 | shenzhenshidengshenghongmaoyi |
| 113 | wangweijiedianzishangwu |
| 114 | Zhang Weijun |
| 115 | Market-Genius |
| 116 | Yeaolum |
| 117 | Moon Clothing Co. |
| 118 | huiJing |
| 119 | Xuan Shang |
| 120 | Haokaikai's Store |
| 121 | YaLi.En |
| 122 | xiangguoqi |
| 123 | Xioeram |
| 124 | cumengshop |
| 125 | EverydayStyle |
| 126 | KunFuKeJi |
| 127 | FengFire |
| 128 | Coconut Ok |
| 129 | Chen Yu Lucky |
| 130 | HAOZUEa clothing |
| 131 | lingxue |
| 132 | mhdecals |
| 133 | LivelyClothing |
| 134 | CrestTees |
| 135 | Creative personality style |
| 136 | Tidal library T |
| 137 | VentureVoyageone |
| 138 | Clarse |

| | |
|---|---|
| 139 | Timeless Style SHOP |
| 140 | Trendaa |
| 141 | SQMU |
| 142 | ActiveMasculine |
| 143 | Vault Sport |
| 144 | SparkSelect Co |
| 145 | Graphic Grind |
| 146 | SKNFSNF |
| 147 | FC Good things |
| 148 | Good Persimmons A |
| 149 | VYP Shop |
| 150 | JoyCatSIII |
| 151 | kenqianasix |
| 152 | Nestoryy |
| 153 | Leeshineeetwo |
| 154 | Little Surprise Gift |
| 155 | NNJJHHDEDE |
| 156 | Worldwide Collection |
| 157 | Ad Desk Home |
| 158 | SONWFASS SEVEN |
| 159 | FASSNOW FIFT |
| 160 | UTEBDPUF |
| 161 | WU YUAN FENG Art |
| 162 | GGB ART |
| 163 | MadeFor Opp |
| 164 | Red De Poster Decoration |
| 165 | CraftedBy Opp |
| 166 | xiao qiang poster |
| 167 | ooppy |
| 168 | HYL POSTER |
| 169 | FitByDesign |
| 170 | MTA Digital oil painting factory |
| 171 | XHY Decorative paintings and posters |
| 172 | chu tian poster |
| 173 | XSS Decorative paintings and posters |
| 174 | See too |
| 175 | PXT Decorative paintings and posters |
| 176 | COCOHZ |